FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MANETO VAZQUEZ PINA and CLAUDIA DENISSE MURILLO, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LAMB WESTON INC., d/b/a CONAGRA FOODS LAMB WESTON, INC., a for-profit company formed in the state of Idaho, doing business in Washington State,<br><br>Defendant. | NO: 4:22-CV-5073-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice. ECF No. 25. The parties stipulate to the dismissal of all claims between Plaintiff and Defendant in the above-entitled action with prejudice, without any admissions of liability, and without an award of costs or attorneys' fees to any party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 25, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims between and among Plaintiff and Defendant are hereby **DISMISSED WITH PREJUDICE**, without any admissions as to liability, and without an award of costs or attorneys' fees to any party.

3. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED January 17, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2